UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:18-cv-09316-RAO | Date: | February 13, 2019 |
| Title: | United African-Asian Abilities Club et al v. Casitas De Seville LLC et al | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

This action was filed on October 30, 2018 by United African-Asian Abilities Club, et al. ("Plaintiffs) against Casitas De Seville LLC, et al. ("Defendants"). To date, Plaintiff has not filed a proof of service of the Summons and Complaint. Defendant has not yet appeared in the action.

The Court, on its own motion, orders Plaintiff to show cause in writing no later than **February 20, 2019** why this action should not be dismissed for lack of prosecution and for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. Failure to file a timely response to this Order may result in dismissal of the action. If Plaintiff does not intend to proceed with this action, Plaintiff may voluntarily dismiss the case pursuant to Federal Rule of Civil Procedure 41(a) by filing form CV-009, which can be found on the Central District of California's webpage: www.cacd.uscourts.gov.

**IT IS SO ORDERED.**

Initials of Preparer : dl